**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

LANCE MITCHELL OWENS,                                                    PETITIONER
ADC # 610855

v.                                                5:13CV00057-DPM-JJV

RAY HOBBS, Director,
Arkansas Department of Correction                                        RESPONDENT

<u>**ORDER**</u>

     Petitioner, Lance Mitchell Owens, filed a Petition for a Writ of Habeas Corpus, pursuant to

28 U.S.C. § 2254. (Doc. No. 1).  Service of the Petition is not appropriate at this time because

Petitioner has neither paid the $5.00 filing fee nor filed an Application to Proceed Without

Prepayment of Fees and Affidavit.  If Petitioner wishes to proceed with this action, he must **on or**

**before April 8, 2013**, either (1) pay the $5.00 statutory filing fee in full;[1] or (2) file a properly

completed Application to Proceed Without Prepayment of Fees and Affidavit, along with a Prisoner

Trust Fund Calculation Sheet.[2]

     Petitioner is hereby advised that failure to timely and properly comply with this Order could

result in the dismissal of this habeas action, without prejudice pursuant to Local Rule 5.5(c)(2).[3]

---

    [1]Any payment Petitioner sends to the Court must clearly indicate it is for payment of the
filing fee in *Owens*; 5:13-cv-00057-DPM-JJV.

    [2]The Prisoner Trust Fund Calculation Sheet must be prepared and signed by an authorized
officer at the incarcerating facility.

    [3]Local Rule 5.5(c)(2) provides that: "It is the duty of any party not represented by counsel to
promptly notify the Clerk and the other parties to the proceedings of any change in his or her address,
to monitor the progress of the case, and to prosecute or defend the action diligently. A party
appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and
telephone number. If any communication from the Court to a pro se plaintiff is not responded to
within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding *pro se*

The Clerk shall send to Petitioner an Application to Proceed Without Prepayment of Fees and Affidavit along with a Prisoner Trust Fund Calculation Sheet.

IT IS SO ORDERED this 8th day of March, 2013.

JOE J.  VOLPE
UNITED STATES MAGISTRATE JUDGE

shall be expected to be familiar with and follow the Federal Rules of Civil Procedure." (Emphasis added.)

2