IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LANCE MITCHELL OWENS
ADC # 610855                                                          PETITIONER

v.                          No. 5:13-cv-57-DPM-JJV

RAY HOBBS, Director, ADC                                              RESPONDENT

## ORDER

The Court appreciates Hobbs's cogent response. № 19. On *de novo* review, the Court overrules Owens's objections, № 17, and adopts Judge Volpe's proposal, № 16. Owens's amended petition for writ of habeas corpus fails as untimely.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

21 February 2014