IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LANCE MITCHELL OWENS
ADC # 610855                                                              PETITIONER

v.                          No. 5:13-cv-57-DPM

RAY HOBBS, Director, ADC                                          RESPONDENT

## JUDGMENT

Owens's amended petition for writ of habeas corpus is dismissed with prejudice. A certificate of appealability will not issue because Owens's claims are clearly time barred.

_____
D.P. Marshall Jr.
United States District Judge

21 February 2014