IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LANCE MITCHELL OWENS
ADC # 610855                                                        PETITIONER

v.                          No. 5:13-cv-57-DPM

RAY HOBBS, Director, ADC                                            RESPONDENT

ORDER

Motion to dismiss, № 30, denied as moot. This case is closed. № 23.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

11 April 2014